SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No.**2:11-cv-01396-KJM-DAD** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL** ) **OF DALE HILPERT** |
| vs. | ) |
| Dale Hilpert, et al, | ) |
| Defendants | ) |

   IT IS HEREBY ORDERED THAT Defendant Dale Hilpert is hereby dismissed With Prejudice.

Date:   June 27, 2011.

_____
UNITED STATES DISTRICT JUDGE