1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   SCOTT N. JOHNSON,

10          Plaintiff,                    Civ. No. S-11-1396 KJM DAD

11      vs.

12   DALE HILPERT, et al.,                ORDER AND ORDER TO SHOW CAUSE

13          Defendants.

14   _____/

15          The complaint in this case, filed on May 23, 2011, named Dale Hilpert, dba

16   Payless Shoe Source, and Rosie Blawat, John Blawat and Susan Sozzi as defendants.  ECF

17   No. 1.  On June 27, 2011, the court dismissed defendant Hilpert at plaintiff's request.  In

18   plaintiff's status report filed September 28, 2011, he reported that he has not yet served the

19   remaining defendants.

20          IT IS THEREFORE ORDERED that:

21          1.  The pretrial scheduling conference set for October 5, 2011 is vacated; and

22          2.  Within seven (7) days of the date of this order, plaintiff should show cause

23   why this action should not be dismissed.  Fed. R. Civ. P. 4(m).

24   DATED:  October 4, 2011.

25

26   _____

     UNITED STATES DISTRICT JUDGE

1